Jeffrey A. Cohen, Esq. (JC7673)
jeff.cohen@flastergreenberg.com
**FLASTER/GREENBERG P.C.**
Commerce Center
1810 Chapel Avenue West
Cherry Hill, NJ 08002
(856) 661-1900 Telephone
(856) 661-1919 Facsimile
*Attorneys for Defendants and Counterclaimants,*
EBEWE Pharma Ges.m.b.H. Nfg.KG

**RECEIVED**

**JAN 1 3 2009**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### TRENTON VICINAGE

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, DEBIOPHARM, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> EBEWE PHARMA GES.M.B.H NFG.KG, <br><br> Defendants. | Civil Action No.: 3:07-cv-03164-JAP-JJH |

### [PROPOSED] ORDER GRANTING EBEWE'S MOTION TO SEAL MATERIALS

THIS MATTER having been brought before the Court, attorneys for Defendant, Ebewe Pharma GES.M.B.H NFG.KG ("Ebewe"), seeking entry of an Order to seal Part 1/Main Document, titled "EBEWE Pharma GES.M.B.H NFG.KG's Supplemental Reply Memorandum in Support of Sandoz, Inc.'s Motion for Summary Judgment of Invalidity of '988 Patent Claims Under 35 U.S.C. §102", of Document No. 81, in Docket No. 3:07-cv-03164.

IT IS on this _____ day of _January_, 2009

**ORDERED** that EBEWE Pharma GES.M.B.H NFG.KG's Supplemental Reply Memorandum in Support of Sandoz, Inc.'s ~~Motion for Summary~~ Judgment of Invalidity of '988 Patent Claims Under 35 U.S.C. §102, Part 1/Main Document, of Document No. 81, in Docket

-1-

No. 3:07-cv-03164, containing proprietary, commercial, private and/or other confidential information, shall be sealed pursuant to L. R. Civ. P. 5.3(c).

**IT IS FURTHERED ORDERED** that the above-listed documents shall be maintained under seal by the clerk of the Court.

Hon. John J. Hughes, U.S.M.J.

-2-